IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| JAMES P. TUMPANE III, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 150068N |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION** |

This Final Decision incorporates without change the court's Decision, entered May 1, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16 C(1).

This matter is before the court on Defendant's Answer, filed April 29, 2015. Plaintiff filed his Complaint on March 18, 2015, appealing Defendant's Notice of Proposed Adjustment and/or Distribution, dated December 10, 2014, disallowing Plaintiff's 2013 Oregon Income Tax Withheld. In its Answer, Defendant agreed to "allow Plaintiff's 2013 Oregon income tax withheld [in the amount of] $2,113, based on a copy of W-2 form provided by Plaintiff * * *." Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Defendant must correct its Notice of

Proposed Adjustment and/or Distribution, dated December 10, 2014, to allow Plaintiff's 2013

Oregon Income Tax Withheld in the amount of $2,113.

Dated this ____ day of May 2015.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular*
*Division of the Oregon Tax Court, by **mailing** to: 1163 State Street, Salem, OR*
*97301-2563; or by **hand delivery** to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within **60** days after the date of the Final*
*Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was filed and entered on May 18, 2015.*